UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Sandra Bescheinen,

Plaintiff,

vs. ORDER

Independent School District No. 181, a Minnesota Public corporation,

Defendant. Civ. No. 00-1973 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of August, 2001.

* * *

On August 9, 2001, the Court heard argument on the Plaintiff's informal Motion to Compel Discovery which the Defendant deems "personnel data" under the Minnesota Government Data Practices Act ("MGDPA"), see, Minnesota Statutes Section 13.03, Subdivision 6. At the time of the Hearing, the Plaintiff Sandra Bescheinen appeared by Jill Clark, Esq., and the Defendant Independent School District No. 181 appeared by Joseph J. Langel, Esq. For reasons discussed during the Hearing, and briefly reiterated below, we direct the parties to craft a Protective Order to cover the contested data, and then the Defendant should produce the re-

AUG 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(8)

protective orders necessary to assure proper handling of the data by the parties," id., and we will do so upon receipt of a stipulated draft from the parties.

Finding no disagreement on the subject, we are persuaded that the information, here in dispute, is relevant to the issues raised in this case, and should be produced by the Defendant, in accordance with Minnesota Statutes Section 13.03, Subdivision 6. As a result, the Defendant is ordered to disclose the information previously redacted, to the extent it is not otherwise privileged, subject to the terms of a Protective Order that the parties shall draft for the Court's review. If the parties are unable to agree upon the terms of such a Protective Order, then their respective drafts are to be promptly presented to the Court, and the Court shall, thereafter, issue a proper Protective Order.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's informal Motion to Compel Discovery is GRANTED, and the parties shall draft an appropriate Protective Order for approval by the Court.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE



AUG-17-2001 14:22 US DISTRICT COURT 612 664 5124 P.03/18

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500